United States District Court
Southern District of Texas
**ENTERED**
January 09, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 2:15-CR-512-3 |
| § | CIVIL ACTION NO. 2:16-CV-325 |
| ROSA ORALIA GUERRERO; aka ROSIE § | |

# FINAL JUDGMENT

For the reasons stated in the Court's Memorandum Opinion & Order entered this date, the above-styled action is hereby **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

ORDERED this 9th day of January, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE